

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00079-CV

| | | |
|---|---|---|
| In re Melinda Stearns | § | Original Proceeding |
| | § | From the 158th District Court |
| | § | of Denton County |
| | § | (2012-20066-158) |
| | § | April 17, 2014 |
| | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court conditionally grants relator's petition for writ of mandamus. We direct the trial court to vacate its January 17, 2014 and January 24, 2014 orders granting Chad Stearns's motion for new trial as well as its January 17, 2014 interim order granting him access to the child, and the writ will issue only if the trial court fails promptly to do so.

It is further ordered that real party in interest Chad Stearns shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Lee Ann Dauphinot_____
    Justice Lee Ann Dauphinot